**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In re ) | | |
| ) | | |
| JOHN DUGAN ) | | CHAPTER 7 |
|     DEBTOR ) | | CASE NO.   16-50702 |
| _____ ) | | |

**CERTIFICATE OF SERVICE**

    In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002, and 7004, the undersigned certifies that on the 5th day of October, 2016, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system and by first class mail on the parties listed below:

1. **Documents Served**:

    a. Amended Schedule D

2. **Parties Served Via First Class Mail**:

    John Dugan
    8 Browns Lane
    East Canaan, CT   06024

3. **Parties Served Via Certified Mail**:

    Norcom Mortgage
    38 Security Drive
    Avon,   CT 06001

4. **Parties Served Electronically**:

    a. Suzann L. Beckett (suzannb@beckett-law.com)
    b. Ronald I. Chorches, Trustee (ronaldchorches@sbcglobal.net, ct10@ecfcbis.com)
    c. CHFA, via Counsel Linda St. Pierre (bankruptcy@huntleibert.com, lstpierre@huntleibert.com)
    d. U. S. Trustee (USTPRegion02.NH.ECF@USDOJ.GOV)

Dated:   October 5, 2016

                              JOHN DUGAN, DEBTOR

                                /S/    Suzann L. Beckett
Suzann L. Beckett (CT02186)
Beckett Law, LLC
543 Prospect Avenue
Hartford, CT   06105
Ph:   860-236-1111
Fax:   860-236-0050
suzannb@beckett-law.com